IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
| --- | --- | --- |
| | ) | CASE NO. 4:11CR3058 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| TODD HOBBS, | ) | |
| | ) | |
| Defendant. | ) | |

THIS MATTER comes before the Court on Hobbs' Unopposed Motion to Continue Plea Hearing, filing 19, from November 18, 2011, for approximately six (6) weeks. The Court, being fully advised in the premises, and noting that the Government has no objection to said continuance, finds that said motion should be granted.

IT IS THEREFORE ORDERED that Mr. Hobbs' plea hearing shall be continued until the 4th day of January, 2012, at 10:00 a.m. Mr. Hobbs is ordered to appear at said time. This Court further finds that, based upon the showing set forth in Hobbs' motion, the ends of justice will be served by continuing Hobbs' plea hearing. Further, the Court finds that taking such action outweighs the best interests of the public and Hobbs in a speedy trial. Accordingly, the time from November 18, 2011, until the January 4, 2012 shall be excludable time, pursuant to 18 U.S.C. §3161(h)(7)(A).

Dated this 15th day of November, 2011.

BY THE COURT:

s/ *Cheryl R. Zwart*
The Honorable Cheryl R. Zwart
United States Magistrate Judge