IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | 4:11CR3058 |
| | ) | |
| v. | ) | |
| | ) | MEMORANDUM AND ORDER |
| TODD HOBBS, | ) | |
| | ) | |
| Defendant. | ) | |

The defendant's guilty plea was accepted on January 19, 2012, (filing no. 31), and he was released on conditions pending sentencing. Thereafter, a Petition was filed alleging the defendant had violated the conditions of his release on February 10, 2012. (Filing No. 32). A hearing was convened and the defendant admitted the allegations in the Petition.

Based on the information before the court, the undersigned magistrate judge is unable to conclude that the defendant is not likely to flee and does not pose a danger to the safety of any other person or the community if released. See 18 U.S.C. § 3143.

Accordingly,

IT IS ORDERED that the defendant shall be detained pending sentencing.

DATED this 15th day of February, 2012.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge