IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | 4:11CR3058 |
| | ) | |
| v. | ) | |
| | ) | |
| TODD HOBBS, | ) | MEMORANDUM AND ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

For the reasons stated on the record,

IT IS ORDERED that defendant's motion for release, (filing no. 42), is denied.

DATED this 1st day of March, 2012.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge