IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | CASE NO. 4:11CR3058 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| TODD HOBBS, | ) | |
| | ) | |
| Defendant. | ) | |

THIS MATTER comes before the Court on defendant's unopposed motion to continue his deadline for filing a variance motion and brief. Defendant also requests that his sentencing hearing be continued. Being fully advised in the premises, and noting that the government has no objection, this Court finds that defendant's motions should be granted.

IT IS THEREFORE ORDERED that (1) defendant shall file any variance motion and brief no later than April 6, 2012, (2) the undersigned's tentative findings will be filed on or about April 13, 2012, and (3) defendant's sentencing hearing is continued until April 26, 2012 at 1:00 p.m. The defendant is ordered to appear at his sentencing hearing.

DATED this 15th day of March, 2012.

BY THE COURT:

*Richard G. Kopf*
The Honorable Richard G. Kopf
Senior United States District Judge