UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:11CR3058 |
| | ) | |
| vs. | ) | **FINAL ORDER OF** |
| | ) | **FORFEITURE** |
| TODD HOBBS, | ) | |
| | ) | |
| Defendant. | ) | |

NOW ON THIS 14th day of May, 2012, this matter comes on before the Court upon the United States' Motion for Final Order of Forfeiture (Filing No. 78). The Court reviews the record in this case and, being duly advised in the premises, finds as follows:

1. On February 27, 2012, the Court entered a Preliminary Order of Forfeiture (Filing No. 41) pursuant to the provisions of Title 18, United States Code, Sections 2252(a)(4)(B) and 2253, based upon the Defendant's plea of guilty to Count II and the Forfeiture Allegation of the Indictment filed herein. By way of said Preliminary Order of Forfeiture, the Defendant's interest in the following properties was forfeited to the United States:

    a.    One Compaq SR571OY desktop computer, serial number MXX91306FM;

    b.    One Compaq PD1075P desktop computer, serial number 8109FR4203RY;

    c.    One HP e-pc computer, model number P2768T, serial number US11063438;

    d.    One envelope containing seven media disks;

    e.    One envelope containing one media disk;

    f.    One envelope containing two CD-R media disks;

    g.    One envelope containing one CD-R media disk;

  h. One envelope containing 27 media discs; and

  i. One sack containing 93 media discs.

2. Notice of Criminal Forfeiture was posted on an official internet government forfeiture site, www.forfeiture.gov, for at least thirty consecutive days, beginning on March 1, 2012 , as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions. A Declaration of Publication was filed herein on May 10, 2012 (Filing No. 77).

3. The Court has been advised by the United States no Petitions have been filed. From a review of the Court file, the Court finds no Petitions have been filed.

4. The Plaintiff's Motion for Final Order of Forfeiture should be sustained.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED as follows:

A. The Plaintiff's Motion for Final Order of Forfeiture is hereby sustained.

B. All right, title and interest in and to the following properties, held by any person or entity, are hereby forever barred and foreclosed:

  1. One Compaq SR571OY desktop computer, serial number MXX91306FM;

  2. One Compaq PD1075P desktop computer, serial number 8109FR4203RY;

  3. One HP e-pc computer, model number P2768T, serial number US11063438;

  4. One envelope containing seven media disks;

  5. One envelope containing one media disk;

  6. One envelope containing two CD-R media disks;

  7. One envelope containing one CD-R media disk;

8. One envelope containing 27 media discs; and

9. One sack containing 93 media discs.

C. The aforementioned properties be, and the same hereby are, forfeited to the United States of America.

D. The United States is directed to dispose of said property in accordance with law.

DATED this 14th day of May, 2012.

BY THE COURT:

RICHARD G. Kopf, Judge
**United States District Court**